NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001700
28-APR-2014
08:52 AM

NO. CAAP-13-0001700

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MONTY V. RIDEOUT, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(S.P.P. NO. 13-1-001K, CRIMINAL NOS. 91-054K, 91-095)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Respondent-Appellant's Motion For
Reconsideration of Summary Disposition Order filed on April 21,
2014, the memorandum/papers in support of the motion, and the
records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, April 28, 2014.

Chief Judge

Associate Judge

Associate Judge